# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEEPCOR MARINE, INC.** | |
| *Plaintiff* | **CIVIL ACTION NO.** |
| **VERSUS** | |
| | **JUDGE** |
| **MONTCO, INC.,** *in personam*; and the following documented vessels, with their engines, machinery, equipment, fixtures, appurtenances, etc., *in rem*: **D/B WILLIAM KALLOP, D/B SWING THOMPSON** | **MAGISTRATE JUDGE** |
| *Defendants* | |

## VERIFIED COMPLAINT

The verified complaint of Plaintiff, DeepCor Marine, Inc. ("DeepCor"), a Delaware corporation, through undersigned counsel, respectfully states:

## PARTIES

I.

At all times herein mentioned, Plaintiff was and still is a corporation formed under the laws of the State of Delaware.

II.

Named herein as defendant *in personam* is Montco, Inc. ("Montco"), a corporation organized and existing under the laws of the State of Louisiana.

III.

Also named herein as defendants *in rem* (collectively, the "Vessels"), with their engines,

machinery, equipment, fixtures, electronics, navigational electronics and devices, appurtenances, etc., are:

 A. The vessel D/B WILLIAM KALLOP, a Vanuatu-flagged vessel bearing International Maritime Organization (IMO) number 8639455;

 B. The vessel D/B SWING THOMPSON, a Vanuatu-flagged vessel bearing IMO number 7706005.

## JURISDICTION AND VENUE

IV.

This action seeks (a) enforcement of civil and maritime contractual rights in favor of DeepCor and against the Vessels, *in rem,* and against Montco, *in personam.* This action falls within this Court's admiralty and maritime subject matter jurisdiction within the meaning of 28 U.S.C. § 1333 and 46 U.S.C. § 31301, *et seq.,* as hereinafter fully appears, and is *inter alia* an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. In addition, any claims which do not fall within this Court's admiralty and maritime subject matter jurisdiction are within this Court's supplemental jurisdiction under 28 U.S.C. § 1367. Venue is in the Eastern District of Louisiana, in that, upon information and belief, the Vessels are found and located here and will remain here during the pendency of this action.

V.

Upon information and belief, at all times herein mentioned, Montco was and still is the owner, and in possession and control, of the following Vessels, which are documented under the laws of the Republic of Vanuatu in the name of Montco:

 A. D/B WILLIAM KALLOP, IMO number 8639455;

 B. D/B SWING THOMPSON, IMO number 7706005;

VI.

The Vessels are now or will be, and during the pendency of this action will remain, within this Eastern District of Louisiana.

### DEEPCOR'S CLAIMS AGAINST MONTCO AND VESSELS

VII.

DeepCor and Montco executed a contract providing for services to be performed by DeepCor in favor of Montco and the Vessels (the "Master Services Agreement").

VIII.

The Master Services Agreement provided that invoices issued by DeepCor for services rendered under the Master Services Agreement were to be paid within forty-five (45) days of receipt.

IX.

From the date of July 19, 2016 through February 20, 2017, DeepCor issued thirty-seven (37) invoices to Montco for services DeepCor rendered to Montco pursuant to the Master Services Agreement (the "Invoices"), which remain unpaid, in whole or in part. The total outstanding balance owed by Montco to DeepCor for services rendered under the Master Services Agreement is currently FOUR MILLION, THREE HUNDRED TWENTY THOUSAND, FIFTY-THREE AND 14/100 U.S. dollars ($4,320,053.14) (the "Outstanding Balance").

X.

By failing to pay all of the Invoices within the agreed upon payment terms, Montco has breached the Master Services Agreement.

XI.

All or a portion of the services rendered to Montco by DeepCor for which DeepCor issued the Invoices constituted the furnishing of services to the Vessels, which services meet the definition of "necessaries" under Section 31301 of Title 46 of the United States Code. Consequently, DeepCor has a maritime lien on the Vessels arising by operation of law, entitling DeepCor to bring this *in rem* action to enforce said lien.

XII.

DeepCor is entitled to relief in the form of payment of the Outstanding Balance in the amount of $4,320,053.14 plus accrued interest, and reasonable attorneys' fees and collection costs and expenses incurred by DeepCor.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, DeepCor Marine, Inc., prays:

1.

That process in due form of law according to the course and practice of this Honorable Court in causes in admiralty and maritime jurisdiction issue to enforce DeepCor's claims against the following Vessels, and their engines, machinery, equipment, fixtures, appurtenances, etc., and all other necessaries thereunto appertaining and belonging, *in rem,* and against Montco, *in personam,* and that all persons claiming any interest in the Vessel be cited to appear and answer on oath, all and singular, in the matters aforesaid:

A.  D/B WILLIAM KALLOP, IMO number 8639455;

B.  D/B SWING THOMPSON, IMO number 7706005;

2.

That warrants for the arrest of the Vessels, and their engines, machinery, equipment,

fixtures, appurtenances, etc., and any and all additions, improvements and replacements thereafter made, in or for the Documented Vessels be issued to enforce DeepCor's claims against Montco and the Vessels, and that all persons claiming any interest therein may be cited to appear and answer the matters aforesaid and that DeepCor have judgment against the Documented Vessels for all amounts due and owing to DeepCor;

3.

That Montco be cited to appear and answer on oath, all and singular, the matters aforesaid;

4.

That judgment be rendered herein in favor of DeepCor and against Montco *in personam* on the Outstanding Balance of $4,320,053.14 as of and through February 23, 2017, plus accrued interest, late charges, and reasonable attorneys' fees and collection costs and expenses incurred by DeepCor;

5.

That DeepCor further have judgment in its favor and against Montco and the Vessels for all costs of these proceedings including all *custodial legis* costs incurred in connection with the arrest of the Vessels and all costs for the custody and safekeeping of the Vessels during the course of this proceeding; and

6.

That DeepCor have such other and further relief as the justice of the cause may require.

Filed this 24th day of February, 2017.

                                                Respectfully submitted,

                                                */s/ Henry A. King*
                                                **HENRY A. KING (#7393)**
                                                **ROBERT J. STEFANI (#19248)**
                                                **DIANA J. MASTERS (#37372)**
                                                **KING, KREBS & JURGENS, P.L.L.C.**
                                                201 St. Charles Avenue, 45th Floor
                                                New Orleans, Louisiana 70170
                                                Telephone: (504) 582-3800
                                                Facsimile: (504) 582-1233
                                                Email: hking@kingkrebs.com
                                                rstefani@kingkrebs.com
                                                dmasters@kingkrebs.com

                                                ***Attorneys for DeepCor Marine, Inc.***

**PLEASE SERVE:**

**Montco, Inc.**
Through its Registered Agent
Lee Orgeron
17751 Highway 3235
Galliano, Louisiana 70354

**PLEASE WITHHOLD ARREST OF THE VESSELS UNTIL FURTHER NOTICE.**