

**DeepCor Marine, Inc.**
**1610 St. Etienne Rd.**
**Broussard, LA 70518**
**(800) 856-2915**

| Mail To: | Montco Oilfield Contractors, LLC | Invoice No: | Invoice Date |
|---|---|---|---|
| | Attn: Accounts Payable | **362-16** | 10/05/16 |
| | P.O. Box 850 | | |
| Ref: Project Clear Horizon | Galliano, LA 70354 | | |
| Customer Project Mgr: | Dan Black | | |
| Customer AFE Number: | 15-001DB | Job Number: | 1181-61 |
| Location: | South Timbalier 185 A | Bid Number: | DC16-125-2 |
| Job Description: | Platform Salvage Diving Support | | |
| Invoice Date Timeframe: | 9/12 to 10/1/2016 | | |

| Date/Invoice Detail: | Description | Units | Price/Unit | Amount | Total Billed |
|---|---|---|---|---|---|
| **September 12, 2016** | | | | | |
| Day Rate | Day Rate (On Station Not Working) | 1 | $10,750.00 | $10,750.00 | |
| Personnel - Credit per Bid | Supervisor | -1 | $925.00 | ($925.00) | |
| | Diver | -5 | $545.00 | ($2,725.00) | |
| | Lead Tender | -1 | $360.00 | ($360.00) | |
| | Tender | -4 | $340.00 | ($1,360.00) | |
| Personnel Overtime | Supervisors | 1 | $120.00 | $120.00 | |
| Consumable | Demurrage, 25 Pack HEO2 | 2 | $18.75 | $37.50 | |
| Crew Transportation | $3.50 per mile @ 250 miles | 1 | $875.00 | $875.00 | |
| | Total Charges for 9-12-16 | | | | 6,412.50 |
| **September 13, 2016** | | | | | |
| Day Rate | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| Personnel - Credit per Bid | Supervisor | -1 | $925.00 | ($925.00) | |
| | Diver | -5 | $545.00 | ($2,725.00) | |
| | Lead Tender | -1 | $360.00 | ($360.00) | |
| | Tender | -4 | $340.00 | ($1,360.00) | |
| Personnel Overtime | Supervisors | 3 | $120.00 | $360.00 | |
| | Divers | 6 | $70.00 | $420.00 | |
| | Lead Tenders | 2 | $47.00 | $94.00 | |
| | Tenders | 4 | $45.00 | $180.00 | |
| Depth Premium | Dives to 178' | 2 | $568.00 | $1,136.00 | |
| | Dives to 144' | 1 | $376.00 | $376.00 | |
| | Dives to 45' | 2 | $90.00 | $180.00 | |
| Consumable | Demurrage, 25 Pack HEO2 | 2 | $18.75 | $37.50 | |
| | Bottles of HEO2 | 5 | $138.00 | $690.00 | |
| | Bottles of Nitrox | 4 | $35.00 | $140.00 | |
| | Bottles of O2 | 5 | $18.00 | $90.00 | |
| | Total Charges for 9-13-16 | | | | 9,543.50 |
| **September 14, 2016** | | | | | |
| Day Rate | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| Personnel - Credit per Bid | Supervisor | -1 | $925.00 | ($925.00) | |
| | Diver | -4 | $545.00 | ($2,180.00) | |
| | Lead Tender | -1 | $360.00 | ($360.00) | |
| | Tender | -4 | $340.00 | ($1,360.00) | |
| Personnel Overtime | Supervisors | 2 | $120.00 | $240.00 | |
| | Lead Tenders | 1 | $47.00 | $47.00 | |
| | Tenders | 2 | $45.00 | $90.00 | |

**EXHIBIT A**



**DeepCor Marine, Inc.**
**1610 St. Etienne Rd.**
**Broussard, LA 70518**
**(800) 856-2915**

| Mail To: | Montco Oilfield Contractors, LLC | | Invoice No: | Invoice Date |
|---|---|---|---|---|
| | Attn: Accounts Payable | | **362-16** | 10/05/16 |
| | P.O. Box 850 | | | |
| Ref: Project Clear Horizon | Galliano, LA 70354 | | | |
| Customer Project Mgr: | Dan Black | | | |
| Customer AFE Number: | 15-001DB | | Job Number: | 1181-61 |
| Location: | South Timbalier 185 A | | Bid Number: | DC16-125-2 |
| Job Description: | Platform Salvage Diving Support | | | |
| Invoice Date Timeframe: | 9/12 to 10/1/2016 | | | |

| Date/Invoice Detail: | Description | Units | Price/Unit | Amount | Total Billed |
|---|---|---|---|---|---|
| **Depth Premium** | Dives to 180' | 2 | $580.00 | $1,160.00 | |
| | Dives to 144' | 1 | $376.00 | $376.00 | |
| **Consumable** | Demurrage, 25 Pack HEO2 | 2 | $18.75 | $37.50 | |
| **Crew Transportation** | $3.50 per mile @ 250 miles | 1 | $875.00 | $875.00 | |
| | Total Charges for 9-14-16 | | | | 9,210.50 |
| **September 15, 2016** | | | | | |
| **Day Rate** | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| **Personnel - Credit per Bid** | Supervisor | -1 | $925.00 | ($925.00) | |
| | Diver | -4 | $545.00 | ($2,180.00) | |
| | Lead Tender | -1 | $360.00 | ($360.00) | |
| | Tender | -4 | $340.00 | ($1,360.00) | |
| **Personnel Overtime** | Supervisors | 1 | $120.00 | $120.00 | |
| | Divers | 3 | $70.00 | $210.00 | |
| | Lead Tenders | 3 | $47.00 | $141.00 | |
| | Tenders | 3 | $45.00 | $135.00 | |
| **Depth Premium** | Dives to 184' | 3 | $604.00 | $1,812.00 | |
| | Dives to 180' | 1 | $580.00 | $580.00 | |
| **Consumable** | Demurrage, 25 Pack HEO2 | 2 | $18.75 | $37.50 | |
| | Total Charges for 9-15-16 | | | | 9,420.50 |
| **September 16, 2016** | | | | | |
| **Day Rate** | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| **Personnel - Credit per Bid** | Supervisor | -1 | $925.00 | ($925.00) | |
| | Diver | -4 | $545.00 | ($2,180.00) | |
| | Lead Tender | -1 | $360.00 | ($360.00) | |
| | Tender | -4 | $340.00 | ($1,360.00) | |
| **Personnel Overtime** | Supervisors | 1 | $120.00 | $120.00 | |
| | Divers | 1 | $70.00 | $70.00 | |
| | Lead Tenders | 1 | $47.00 | $47.00 | |
| | Tenders | 1 | $45.00 | $45.00 | |
| **Depth Premium** | Dives to 184' | 4 | $604.00 | $2,416.00 | |
| **Consumable** | Demurrage, 25 Pack HEO2 | 2 | $18.75 | $37.50 | |
| | Bottles of HEO2 | 5 | $138.00 | $690.00 | |
| | Bottles of O2 | 5 | $18.00 | $90.00 | |
| **Crew Transportation** | $3.50 per mile @ 250 miles | 1 | $875.00 | $875.00 | |
| | Total Charges for 9-16-16 | | | | 10,775.50 |

<span style="color:red">**EXHIBIT A**</span>



**DeepCor Marine, Inc.**
**1610 St. Etienne Rd.**
**Broussard, LA 70518**
**(800) 856-2915**

| Mail To: | Montco Oilfield Contractors, LLC | | Invoice No: | Invoice Date |
|---|---|---|---|---|
| | Attn: Accounts Payable | | **362-16** | 10/05/16 |
| | P.O. Box 850 | | | |
| Ref: Project Clear Horizon | Galliano, LA 70354 | | | |
| Customer Project Mgr: | Dan Black | | | |
| Customer AFE Number: | 15-001DB | | Job Number: | 1181-61 |
| Location: | South Timbalier 185 A | | Bid Number: | DC16-125-2 |
| Job Description: | Platform Salvage Diving Support | | | |
| Invoice Date Timeframe: | 9/12 to 10/1/2016 | | | |

| Date/Invoice Detail: | Description | Units | Price/Unit | Amount | Total Billed |
|---|---|---|---|---|---|
| **September 17, 2016** | | | | | |
| Day Rate | Day Rate (On Station Not Working) | 1 | $10,750.00 | $10,750.00 | |
| Personnel - Credit per Bid | Tender | -1 | $340.00 | ($340.00) | |
| Personnel Overtime | Supervisors | 1 | $120.00 | $120.00 | |
| Consumable | Demurrage, 25 Pack HEO2 | 2 | $18.75 | $37.50 | |
| Crew Transportation | $3.50 per mile @ 250 miles | 1 | $875.00 | $875.00 | |
| | Total Charges for 9-17-16 | | | | 11,442.50 |
| **September 18, 2016** | | | | | |
| Day Rate | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| Personnel - Credit per Bid | Divers | -1 | $545.00 | ($545.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| Personnel Overtime | Supervisors | 2 | $120.00 | $240.00 | |
| | Lead Tenders | 4 | $47.00 | $188.00 | |
| | Tenders | 10.5 | $45.00 | $472.50 | |
| Depth Premium | Dives to 184' | 5.0 | $604.00 | $3,020.00 | |
| | Dives to 110' | 2.0 | $240.00 | $480.00 | |
| Consumable | Demurrage, 25 Pack HEO2 | 2 | $18.75 | $37.50 | |
| | Bottles of HEO2 | 5 | $138.00 | $690.00 | |
| | Total Charges for 9-18-16 | | | | 15,113.00 |
| **September 19, 2016** | | | | | |
| Day Rate | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| Personnel - Credit per Bid | Tender | -2 | $340.00 | ($680.00) | |
| Personnel Overtime | Supervisors | 2 | $120.00 | $240.00 | |
| | Divers | 20 | $70.00 | $1,400.00 | |
| | Lead Tenders | 9 | $47.00 | $423.00 | |
| | Tenders | 10 | $45.00 | $427.50 | |
| Depth Premium | Dives to 110' | 13 | $240.00 | $3,120.00 | |
| | Dives to 70' | 1 | $140.00 | $140.00 | |
| Consumable | Demurrage, 25 Pack HEO2 | 2 | $18.75 | $37.50 | |
| | Callout fee for 3:1 | 1 | $157.50 | $157.50 | |
| | 8" plumber plug | 1 | $163.00 | $163.00 | |
| | 12" Fein saw blades | 2 | $17.00 | $34.00 | |
| | 16" Fein saw blades | 2 | $20.00 | $40.00 | |
| | Box of Borco burning rods | 1 | $315.00 | $315.00 | |
| | Pallet of 3:1 | 1 | $449.00 | $449.00 | |

**EXHIBIT A**



**DeepCor Marine, Inc.**
**1610 St. Etienne Rd.**
**Broussard, LA 70518**
**(800) 856-2915**

| Mail To: | Montco Oilfield Contractors, LLC | | Invoice No: | Invoice Date |
|---|---|---|---|---|
| | Attn: Accounts Payable | | **362-16** | 10/05/16 |
| | P.O. Box 850 | | | |
| Ref: Project Clear Horizon | Galliano, LA 70354 | | | |
| Customer Project Mgr: | Dan Black | | | |
| Customer AFE Number: | 15-001DB | | Job Number: | 1181-61 |
| Location: | South Timbalier 185 A | | Bid Number: | DC16-125-2 |
| Job Description: | Platform Salvage Diving Support | | | |
| Invoice Date Timeframe: | 9/12 to 10/1/2016 | | | |

| Date/Invoice Detail: | Description | Units | Price/Unit | Amount | Total Billed |
|---|---|---|---|---|---|
| | **Total Charges for 9-19-16** | | | | **17,476.50** |
| **September 20, 2016** | | | | | |
| Day Rate | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| Personnel - Credit per Bid | Diver | -1 | $545.00 | ($545.00) | |
| | Tender | -2 | $340.00 | ($680.00) | |
| Personnel Overtime | Supervisors | 2 | $120.00 | $240.00 | |
| | Divers | 6 | $70.00 | $420.00 | |
| | Lead Tenders | 0.5 | $47.00 | $23.50 | |
| | Tenders | 1 | $45.00 | $45.00 | |
| Depth Premium | Dives to 114' | 2 | $256.00 | $512.00 | |
| | Dives to 123' | 2 | $292.00 | $584.00 | |
| | Dives to 94' | 1 | $188.00 | $188.00 | |
| Consumable | Demurrage, 25 Pack HEO2 | 2 | $18.75 | $37.50 | |
| | Bottles of O2 | 5 | $18.00 | $90.00 | |
| | **Total Charges for 9-20-16** | | | | **12,125.00** |
| **September 21, 2016** | | | | | |
| Day Rate | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| Personnel - Credit per Bid | Diver | -1 | $545.00 | ($545.00) | |
| | Tender | -2 | $340.00 | ($680.00) | |
| Personnel Overtime | Supervisors | 2 | $120.00 | $240.00 | |
| | Lead Tenders | 3 | $47.00 | $141.00 | |
| | Tenders | 5.25 | $45.00 | $236.25 | |
| Depth Premium | Dives to 114' | 8 | $256.00 | $2,048.00 | |
| Consumable | Demurrage, 25 Pack HEO2 | 2 | $18.75 | $37.50 | |
| | 12" Fein saw blades | 2 | $17.00 | $34.00 | |
| | **Total Charges for 9-21-16** | | | | **12,721.75** |
| **September 22, 2016** | | | | | |
| Day Rate | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| Personnel - Credit per Bid | Diver | -1 | $545.00 | ($545.00) | |
| | Tender | -2 | $340.00 | ($680.00) | |
| Personnel Overtime | Supervisors | 2 | $120.00 | $240.00 | |
| | Lead Tenders | 0.50 | $47.00 | $23.50 | |
| | Tenders | 2.75 | $45.00 | $123.75 | |
| Depth Premium | Dives to 114' | 11 | $256.00 | $2,816.00 | |

**EXHIBIT A**



**DeepCor Marine, Inc.**
**1610 St. Etienne Rd.**
**Broussard, LA 70518**
**(800) 856-2915**

| Mail To: | Montco Oilfield Contractors, LLC | | Invoice No: | Invoice Date |
|---|---|---|---|---|
| | Attn: Accounts Payable | | **362-16** | 10/05/16 |
| | P.O. Box 850 | | | |
| Ref: Project Clear Horizon | Galliano, LA 70354 | | | |
| Customer Project Mgr: | Dan Black | | | |
| Customer AFE Number: | 15-001DB | | Job Number: | 1181-61 |
| Location: | South Timbalier 185 A | | Bid Number: | DC16-125-2 |
| Job Description: | Platform Salvage Diving Support | | | |
| Invoice Date Timeframe: | 9/12 to 10/1/2016 | | | |

| Date/Invoice Detail: | Description | Units | Price/Unit | Amount | Total Billed |
|---|---|---|---|---|---|
| **Consumable** | Demurrage, 25 Pack HEO2 | 2 | $18.75 | $37.50 | |
| | Box of Borco burning rods | 1 | $315.00 | $315.00 | |
| | Total Charges for 9-22-16 | | | | 13,540.75 |
| **September 23, 2016** | | | | | |
| **Day Rate** | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| **Personnel - Credit per Bid** | Diver | -1 | $545.00 | ($545.00) | |
| | Tender | -2 | $340.00 | ($680.00) | |
| **Personnel Overtime** | Supervisors | 2 | $120.00 | $240.00 | |
| | Lead Tenders | 0.5 | $47.00 | $23.50 | |
| | Tenders | 1 | $45.00 | $45.00 | |
| **Depth Premium** | Dives to 114' | 4 | $256.00 | $1,024.00 | |
| **Consumable** | Demurrage, 25 Pack HEO2 | 2 | $18.75 | $37.50 | |
| | Total Charges for 9-23-16 | | | | 11,355.00 |
| **September 24, 2016** | | | | | |
| **Day Rate** | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| **Personnel - Credit per Bid** | Diver | -1 | $545.00 | ($545.00) | |
| | Tender | -2 | $340.00 | ($680.00) | |
| **Personnel Overtime** | Supervisors | 2 | $120.00 | $240.00 | |
| | Divers | 5 | $70.00 | $350.00 | |
| | Lead Tenders | 5.25 | $47.00 | $246.75 | |
| | Tenders | 5.75 | $45.00 | $258.75 | |
| **Depth Premium** | Dives to 166' | 2 | $496.00 | $992.00 | |
| | Dives to 124' | 2 | $296.00 | $592.00 | |
| | Dives to 114' | 5 | $256.00 | $1,280.00 | |
| **Consumable** | Demurrage, 25 Pack HEO2 | 2 | $18.75 | $37.50 | |
| | Total Charges for 9-24-16 | | | | 13,982.00 |
| **September 25, 2016** | | | | | |
| **Day Rate** | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| **Personnel - Credit per Bid** | Divers | -1 | $545.00 | ($545.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| **Personnel Overtime** | Supervisors | 3 | $120.00 | $360.00 | |
| | Lead Tenders | 0.5 | $47.00 | $23.50 | |
| | Tenders | 5.5 | $45.00 | $247.50 | |
| **Depth Premium** | Dives to 154' | 2 | $424.00 | $848.00 | |
| | Dives to 144' | 3 | $376.00 | $1,128.00 | |
| | Dives to 124' | 2 | $296.00 | $592.00 | |

**EXHIBIT A**



**DeepCor Marine, Inc.**
**1610 St. Etienne Rd.**
**Broussard, LA  70518**
**(800)  856-2915**

| Mail To: | Montco Oilfield Contractors, LLC | | Invoice No: | Invoice Date |
|---|---|---|---|---|
| | Attn: Accounts Payable | | **362-16** | 10/05/16 |
| | P.O. Box 850 | | | |
| Ref: Project Clear Horizon | Galliano, LA 70354 | | | |
| Customer Project Mgr: | Dan Black | | | |
| Customer AFE Number: | 15-001DB | | Job Number: | 1181-61 |
| Location: | South Timbalier 185 A | | Bid Number: | DC16-125-2 |
| Job Description: | Platform Salvage Diving Support | | | |
| Invoice Date Timeframe: | 9/12 to 10/1/2016 | | | |

| Date/Invoice Detail: | Description | Units | Price/Unit | Amount | Total Billed |
|---|---|---|---|---|---|
| | Dives to 110' | 1 | $240.00 | $240.00 | |
| **Consumable** | Demurrage, 25  Pack HEO2 | 2 | $18.75 | $37.50 | |
| | Bottles of O2 | 5 | $18.00 | $90.00 | |
| | **Total Charges for 9-25-16** | | | | **13,551.50** |
| **September 26, 2016** | | | | | |
| **Day Rate** | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| **Personnel - Credit per Bid** | Divers | -1 | **$545.00** | **($545.00)** | |
| | Tenders | -2 | **$340.00** | **($680.00)** | |
| **Personnel Overtime** | Supervisors | 2 | $120.00 | $240.00 | |
| | Divers | 9.5 | $70.00 | $665.00 | |
| | Lead Tenders | 0.5 | $47.00 | $23.50 | |
| | Tenders | 16.25 | $45.00 | $731.25 | |
| **Depth Premium** | Dives to 181' | 8 | $586.00 | $4,688.00 | |
| | Dives to 134' | 1 | $336.00 | $336.00 | |
| | Dives to 114' | 1 | $256.00 | $256.00 | |
| **Consumable** | Demurrage, 25  Pack HEO2 | 2 | $18.75 | $37.50 | |
| | Bottles of HEO2 | 5 | $138.00 | $690.00 | |
| | **Total Charges for 9-26-16** | | | | **17,652.25** |
| **September 27, 2016** | | | | | |
| **Day Rate** | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| **Personnel - Credit per Bid** | Divers | -1 | **$545.00** | **($545.00)** | |
| | Tenders | -2 | **$340.00** | **($680.00)** | |
| **Personnel Overtime** | Supervisors | 2 | $120.00 | $240.00 | |
| | Divers | 5.5 | $70.00 | $385.00 | |
| | Lead Tenders | 12 | $47.00 | $564.00 | |
| | Tenders | 20 | $45.00 | $900.00 | |
| **Depth Premium** | Dives to 184' | 10 | $604.00 | $6,040.00 | |
| **Consumable** | Demurrage, 25  Pack HEO2 | 2 | $18.75 | $37.50 | |
| | Bottles of HEO2 | 10 | $138.00 | $1,380.00 | |
| | Bottles of Nitrox 50/50 | 8 | $35.00 | $280.00 | |
| | **Total Charges for 9-27-16** | | | | **19,811.50** |
| **September 28, 2016** | | | | | |
| **Day Rate** | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| **Personnel - Credit per Bid** | Divers | -1 | **$545.00** | **($545.00)** | |
| | Tenders | -2 | **$340.00** | **($680.00)** | |

<span style="color:red">**EXHIBIT A**</span>



**DeepCor Marine, Inc.**
**1610 St. Etienne Rd.**
**Broussard, LA 70518**
**(800) 856-2915**

| Mail To: | Montco Oilfield Contractors, LLC | | Invoice No: | Invoice Date |
|---|---|---|---|---|
| | Attn: Accounts Payable | | **362-16** | 10/05/16 |
| | P.O. Box 850 | | | |
| Ref: Project Clear Horizon | Galliano, LA 70354 | | | |
| Customer Project Mgr: | Dan Black | | | |
| Customer AFE Number: | 15-001DB | | Job Number: | 1181-61 |
| Location: | South Timbalier 185 A | | Bid Number: | DC16-125-2 |
| Job Description: | Platform Salvage Diving Support | | | |
| Invoice Date Timeframe: | 9/12 to 10/1/2016 | | | |

| Date/Invoice Detail: | Description | Units | Price/Unit | Amount | Total Billed |
|---|---|---|---|---|---|
| **Personnel Overtime** | Supervisors | 2 | $120.00 | $240.00 | |
| | Divers | 1 | $70.00 | $70.00 | |
| | Lead Tenders | 12 | $47.00 | $564.00 | |
| | Tenders | 13.75 | $45.00 | $618.75 | |
| **Depth Premium** | Dives to 188' | 2 | $628.00 | $1,256.00 | |
| | Dives to 184' | 4 | $604.00 | $2,416.00 | |
| **Consumable** | Demurrage, 25 Pack HEO2 | 2 | $18.75 | $37.50 | |
| | Bottles of HEO2 | 5 | $138.00 | $690.00 | |
| | Bottles of O2 | 5 | $18.00 | $90.00 | |
| | Total Charges for 9-28-16 | | | | 15,967.25 |
| **September 29, 2016** | | | | | |
| **Day Rate** | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| **Personnel - Credit per Bid** | Divers | -1 | $545.00 | ($545.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| **Personnel Overtime** | Supervisors | 2 | $120.00 | $240.00 | |
| | Divers | 6 | $70.00 | $420.00 | |
| | Lead Tenders | 6.25 | $47.00 | $293.75 | |
| | Tenders | 6.75 | $45.00 | $303.75 | |
| **Depth Premium** | Dives to 194' | 3 | $664.00 | $1,992.00 | |
| | Dives to 192' | 1 | $652.00 | $652.00 | |
| | Dives to 190' | 4 | $640.00 | $2,560.00 | |
| **Consumable** | Demurrage, 25 Pack HEO2 | 2 | $18.75 | $37.50 | |
| | Bottles of HEO2 | 10 | $138.00 | $1,380.00 | |
| | Total Charges for 9-29-16 | | | | 17,864.00 |
| **September 30, 2016** | | | | | |
| **Day Rate** | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| **Personnel - Credit per Bid** | Divers | -1 | $545.00 | ($545.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| **Personnel Overtime** | Supervisors | 2 | $120.00 | $240.00 | |
| | Divers | 15 | $70.00 | $1,050.00 | |
| | Lead Tenders | 0.50 | $47.00 | $23.50 | |
| | Tenders | 12 | $45.00 | $540.00 | |
| **Depth Premium** | Dives to 194' | 3 | $664.00 | $1,992.00 | |
| | Dives to 184' | 3 | $604.00 | $1,812.00 | |
| **Consumable** | Demurrage, 25 Pack HEO2 | 2 | $18.75 | $37.50 | |
| | Bottles of HEO2 | 5 | $138.00 | $690.00 | |
| | Bottles of Nitrox 50/50 | 4 | $35.00 | $140.00 | |
| | Total Charges for 9-30-16 | | | | 16,510.00 |

<span style="color:red">**EXHIBIT A**</span>



**DeepCor Marine, Inc.**
**1610 St. Etienne Rd.**
**Broussard, LA 70518**
**(800) 856-2915**

| Mail To: | Montco Oilfield Contractors, LLC |
|---|---|
| | Attn: Accounts Payable |
| | P.O. Box 850 |
| Ref: Project Clear Horizon | Galliano, LA 70354 |
| Customer Project Mgr: | Dan Black |
| Customer AFE Number: | 15-001DB |
| Location: | South Timbalier 185 A |
| Job Description: | Platform Salvage Diving Support |
| Invoice Date Timeframe: | 9/12 to 10/1/2016 |

| Invoice No: | Invoice Date |
|---|---|
| **362-16** | 10/05/16 |

| Job Number: | 1181-61 |
|---|---|
| Bid Number: | DC16-125-2 |

| Date/Invoice Detail: | Description | Units | Price/Unit | Amount | Total Billed |
|---|---|---|---|---|---|
| **October 1, 2016** | | | | | |
| Day Rate | Day Rate (On Station Not Working) | 1 | $10,750.00 | $10,750.00 | |
| Personnel - Credit per Bid | Divers | -2 | $545.00 | ($1,090.00) | |
| | Lead Tender | -1 | $360.00 | ($360.00) | |
| | Tenders | -3 | $340.00 | ($1,020.00) | |
| Consumable | Demurrage, 25 Pack HEO2 | 2 | $18.75 | $37.50 | |
| Crew Transportation | 3.50 per mile at 250 miles | 2 | $875.00 | $1,750.00 | |
| | Total Charges for 10-1-16 | | | | 10,067.50 |
| | **TOTAL AMOUNT INVOICED** | | | **$264,543.00** | **$264,543.00** |

**Lockbox:**
DeepCor Marine, Inc.
Location: P.O. Box 732945
Dallas, TX 75373-5373

**ACH:**
JP Morgan Chase Bank, NA
Account# 710 361 978
ABA/Routing Number: 065400137
Location: New York, NY

**Wiring Instructions:** JP Morgan Chase Bank, N.A.
ABA/Routing Number: 021000021
Swift Code: CHASUS33
Location: New York, NY
Credit to account of: DeepCor Marine, Inc.
Account Number: 710 361 978

*PAYMENT TERMS NET 30 DAYS*
*1.5% fee per month on all past due balances*

| **DeepCor Sales Representative** | **DeepCor Project Manager** | **DeepCor Invoicing Contact** |
|---|---|---|
| Frank Watkins | Brooks Bourque | Peggy Hanes |
| 832-509-9701 | 337-857-5906 | 337-451-6033 |
| fwatkins@deepcormarine.com | bbourque@deepcormarine.com | phanes@deepcormarine.com |

**EXHIBIT A**



**DeepCor Marine, Inc.**
**1610 St. Etienne Rd.**
**Broussard, LA 70518**
**(800) 856-2915**

| Mail To: | Montco, Inc. | | Invoice No: | Invoice Date |
| --- | --- | --- | --- | --- |
| | Attn: Accounts Payable | | **303-16** | 07/11/16 |
| | P.O. Box 850 | | | |
| | Galliano, LA 70354 | | | |
| Customer Reference No: | AFE# 15-004DB | | Job Number: | 1168-61 |
| Location: | ST 190 A | | Bid Number: | DC16-125 |
| Job Description: | 4 Pile Platform Salvage | | | |

| Date/Invoice Detail: | Description | Units | Price/Unit | Amount | Total Billed |
| --- | --- | --- | --- | --- | --- |
| **June 13, 2016** | | | | | |
| | *Personnel Loading Barge* | | | | |
| Personnel | Supervisor | 1 | $925.00 | $925.00 | |
| Mobilization | Truck #1 | 1 | $862.68 | $862.68 | |
| | Truck #2 | 1 | $1,108.17 | $1,108.17 | |
| | Truck #3 | 1 | $516.60 | $516.60 | |
| | Truck #4 | 1 | $351.75 | $351.75 | |
| Consumables | LARS cable | 1 | $2,525.31 | $2,525.31 | |
| Third Party Services | NDT Tech to MPI welds on LARS | 1 | $686.94 | $686.94 | |
| | Total Charges 6-13-2016 | | | | 6,976.45 |
| **June 15, 2016** | | | | | |
| Personnel | Supervisor | 1 | $925.00 | $925.00 | |
| | Tenders | 2 | $340.00 | $680.00 | |
| | Total Charges 6-15-2016 | | | | 1,605.00 |
| **June 16, 2016** | | | | | |
| Personnel | Supervisor | 1 | $925.00 | $925.00 | |
| | Tenders | 2 | $340.00 | $680.00 | |
| | Total Charges 6-16-2016 | | | | 1,605.00 |
| **June 17, 2016** | | | | | |
| Personnel | Supervisor | 2 | $925.00 | $1,850.00 | |
| | Tender | 2 | $340.00 | $680.00 | |
| | Total Charges 6-17-2016 | | | | 2,530.00 |
| **June 18, 2016** | | | | | |
| Day Rate | Day Rate (On Station Not Working) | 1 | $10,750.00 | $10,750.00 | |
| Personnel - Credit from bid | Divers | -2 | $545.00 | ($1,090.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| Crew Transportation | 3.50 per mile @ 250 miles | 1 | $875.00 | $875.00 | |
| | Total Charges 6-18-2016 | | | | 9,855.00 |
| **June 19, 2016** | | | | | |
| Day Rate | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| Personnel - Credit from bid | Divers | -2 | $545.00 | ($1,090.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |

**EXHIBIT A**



**DeepCor Marine, Inc.**
1610 St. Etienne Rd.
Broussard, LA 70518
(800) 856-2915

| Mail To: | Montco, Inc. | | Invoice No: | Invoice Date |
|---|---|---|---|---|
| | Attn: Accounts Payable | | **303-16** | 07/11/16 |
| | P.O. Box 850 | | | |
| | Galliano, LA 70354 | | | |
| **Customer Reference No:** | AFE# 15-004DB | | **Job Number:** | 1168-61 |
| **Location:** | ST 190 A | | **Bid Number:** | DC16-125 |
| **Job Description:** | 4 Pile Platform Salvage | | | |

| Date/Invoice Detail: | Description | Units | Price/Unit | Amount | Total Billed |
|---|---|---|---|---|---|
| **Personnel Overtime** | Supervisor | 1 | $120.00 | $120.00 | |
| | Lead Tender | 1 | $47.00 | $47.00 | |
| | Tender | 1 | $45.00 | $45.00 | |
| **Depth Premium** | Dive to 22' | 2 | $44.00 | $88.00 | |
| | Total Charges 6-19-2016 | | | | 9,740.00 |
| **June 20, 2016** | | | | | |
| **Day Rate** | Day Rate (On Station Not Working) | 1 | $10,750.00 | $10,750.00 | |
| **Personnel - Credit from bid** | Divers | -2 | $545.00 | ($1,090.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| **Personnel Overtime** | Supervisor | 1 | $120.00 | $120.00 | |
| | Lead Tender | 1 | $47.00 | $47.00 | |
| | Tender | 1 | $45.00 | $45.00 | |
| | Total Charges 6-20-2016 | | | | 9,192.00 |
| **June 21, 2016** | | | | | |
| **Day Rate** | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| **Personnel - Credit from bid** | Divers | -2 | $545.00 | ($1,090.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| **Personnel Overtime** | Supervisor | 2 | $120.00 | $240.00 | |
| | Lead Tender | 2 | $47.00 | $94.00 | |
| | Tender | 3 | $45.00 | $135.00 | |
| **Depth Premium** | Dive to 148' | 3 | $392.00 | $1,176.00 | |
| | Dive to 37' | 2 | $74.00 | $148.00 | |
| **Project Consumables** | Bottle, HP Air | 2 | $16.00 | $32.00 | |
| | Bottle, HeO2 | 2 | $138.00 | $276.00 | |
| | Bottle, O2 | 2 | $18.00 | $36.00 | |
| | Total Charges 6-21-2016 | | | | 11,577.00 |
| **June 22, 2016** | | | | | |
| **Day Rate** | Day Rate (On Station Not Working) | 1 | $10,750.00 | $10,750.00 | |
| **Personnel - Credit from bid** | Divers | -2 | $545.00 | ($1,090.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |

**EXHIBIT A**



**DeepCor Marine, Inc.**
**1610 St. Etienne Rd.**
**Broussard, LA 70518**
**(800) 856-2915**

| Mail To: | Montco, Inc. | | Invoice No: | Invoice Date |
|---|---|---|---|---|
| | Attn: Accounts Payable | | **303-16** | 07/11/16 |
| | P.O. Box 850 | | | |
| | Galliano, LA 70354 | | | |
| Customer Reference No: | AFE# 15-004DB | | Job Number: | 1168-61 |
| Location: | ST 190 A | | Bid Number: | DC16-125 |
| Job Description: | 4 Pile Platform Salvage | | | |

| Date/Invoice Detail: | Description | Units | Price/Unit | Amount | Total Billed |
|---|---|---|---|---|---|
| Personnel Overtime | Supervisor | 1 | $120.00 | $120.00 | |
| | Lead Tender | 1 | $47.00 | $47.00 | |
| | Tender | 1 | $45.00 | $45.00 | |
| | Total Charges 6-22-2016 | | | | **9,192.00** |
| **June 23, 2016** | | | | | |
| Day Rate | Day Rate (On Station Not Working) | 1 | $10,750.00 | $10,750.00 | |
| Personnel - Credit from bid | Divers | -2 | $545.00 | ($1,090.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| Personnel Overtime | Supervisor | 1 | $120.00 | $120.00 | |
| | Lead Tender | 1 | $47.00 | $47.00 | |
| | Tender | 1 | $45.00 | $45.00 | |
| | Total Charges 6-23-2016 | | | | **9,192.00** |
| **June 24, 2016** | | | | | |
| Day Rate | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| Personnel - Credit from bid | Divers | -2 | $545.00 | ($1,090.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| Personnel Overtime | Supervisor | 1 | $120.00 | $120.00 | |
| | Lead Tender | 1 | $47.00 | $47.00 | |
| | Tender | 1 | $45.00 | $45.00 | |
| Depth Premium | Dives to 150' | 2 | $400.00 | $800.00 | |
| Equipment - Credit | Hyd Fein Saw Credit | -2 | $70.00 | ($140.00) | |
| | Total Charges 6-24-2016 | | | | **10,312.00** |
| **June 25, 2016** | | | | | |
| Day Rate | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| Personnel - Credit from bid | Divers | -2 | $545.00 | ($1,090.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| Personnel Overtime | Supervisor | 1 | $120.00 | $120.00 | |
| | Lead Tender | 1 | $47.00 | $47.00 | |
| | Tender | 1 | $45.00 | $45.00 | |
| Depth Premium | Dives to 150' | 3 | $400.00 | $1,200.00 | |

**EXHIBIT A**



**DeepCor Marine, Inc.**
**1610 St. Etienne Rd.**
**Broussard, LA  70518**
**(800)  856-2915**

| Mail To: | Montco, Inc. | | | Invoice No: | Invoice Date |
|---|---|---|---|---|---|
| | Attn: Accounts Payable | | | **303-16** | 07/11/16 |
| | P.O. Box 850 | | | | |
| | Galliano, LA 70354 | | | | |
| Customer Reference No: | AFE# 15-004DB | | | Job Number: | 1168-61 |
| Location: | ST 190 A | | | Bid Number: | DC16-125 |
| Job Description: | 4 Pile Platform Salvage | | | | |

| Date/Invoice Detail: | Description | Units | Price/Unit | Amount | Total Billed |
|---|---|---|---|---|---|
| **Project Consumables** | Bottle, HP Air | 3 | $16.00 | $48.00 | |
| | Bottle, HeO2 | 3 | $138.00 | $414.00 | |
| | Bottle, O2 | 2 | $18.00 | $36.00 | |
| **Equipment - Credit** | Hyd Fein Saw Credit | -2 | $70.00 | ($140.00) | |
| | Total Charges 6-25-2016 | | | | 11,210.00 |
| **June 26, 2016** | | | | | |
| **Day Rate** | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| **Personnel - Credit from bid** | Divers | -2 | $545.00 | ($1,090.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| **Personnel Overtime** | Supervisor | 1 | $120.00 | $120.00 | |
| | Lead Tender | 1 | $47.00 | $47.00 | |
| | Tender | 1 | $45.00 | $45.00 | |
| **Depth Premium** | Dives to 150' | 2 | $400.00 | $800.00 | |
| **Project Consumables** | Bottle, 50/50 Nitrox | 4 | $35.00 | $140.00 | |
| | Bottle, HeO2 | 4 | $138.00 | $552.00 | |
| | Bottle, O2 | 2 | $18.00 | $36.00 | |
| | Total Charges 6-26-2016 | | | | 11,180.00 |
| **June 27, 2016** | | | | | |
| **Day Rate** | Day Rate (On Station Not Working) | 1 | $10,750.00 | $10,750.00 | |
| **Personnel - Credit from bid** | Divers | -2 | $545.00 | ($1,090.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| **Personnel Overtime** | Supervisor | 0.5 | $120.00 | $60.00 | |
| | Lead Tender | 1 | $47.00 | $23.50 | |
| | Tender | 1 | $45.00 | $45.00 | |
| | Total Charges 6-27-2016 | | | | 9,108.50 |
| **June 28, 2016** | | | | | |
| **Day Rate** | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| **Personnel - Credit from bid** | Divers | -2 | $545.00 | ($1,090.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| **Personnel Overtime** | Supervisor | 0.5 | $120.00 | $60.00 | |
| | Lead Tender | 8.25 | $47.00 | $387.75 | |

**EXHIBIT A**



**DeepCor Marine, Inc.**
**1610 St. Etienne Rd.**
**Broussard, LA  70518**
**(800)  856-2915**

| Mail To: | Montco, Inc. | | | Invoice No: | Invoice Date |
| --- | --- | --- | --- | --- | --- |
| | Attn: Accounts Payable | | | **303-16** | 07/11/16 |
| | P.O. Box 850 | | | | |
| | Galliano, LA 70354 | | | | |
| Customer Reference No: | AFE# 15-004DB | | | Job Number: | 1168-61 |
| Location: | ST 190 A | | | Bid Number: | DC16-125 |
| Job Description: | 4 Pile Platform Salvage | | | | |

| Date/Invoice Detail: | Description | Units | Price/Unit | Amount | Total Billed |
| --- | --- | --- | --- | --- | --- |
| | Tender | 1 | $45.00 | $45.00 | |
| **Depth Premium** | Dives to 110' | 2 | $240.00 | $480.00 | |
| | Total Charges 6-28-2016 | | | | 10,412.75 |
| **June 29, 2016** | | | | | |
| **Day Rate** | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| **Personnel - Credit from bid** | Divers | -2 | $545.00 | ($1,090.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| **Personnel Overtime** | Supervisor | 0.5 | $120.00 | $60.00 | |
| | Diver | 2 | $70.00 | $140.00 | |
| | Lead Tender | 2 | $47.00 | $94.00 | |
| | Tender | 2.75 | $45.00 | $123.75 | |
| **Depth Premium** | Dives to 104' | 2 | $216.00 | $432.00 | |
| | Dives to 94' | 3 | $188.00 | $564.00 | |
| | Dives to 93' | 2 | $186.00 | $372.00 | |
| **Project Consumables** | Bottle, O2 | 2 | $18.00 | $36.00 | |
| **Crew Transportation** | 3.50 per mile @ 250 miles | 1 | $875.00 | $875.00 | |
| | Total Charges 6-29-2016 | | | | 12,136.75 |
| **June 30, 2016** | | | | | |
| **Day Rate** | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| **Personnel - Credit from bid** | Divers | -2 | $545.00 | ($1,090.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| | Lead Tender | -1 | $360.00 | ($360.00) | |
| **Personnel Overtime** | Supervisor | 1 | $120.00 | $120.00 | |
| | Diver | 19 | $70.00 | $1,330.00 | |
| | Lead Tender | 6 | $47.00 | $282.00 | |
| | Tender | 8.25 | $45.00 | $371.25 | |
| **Depth Premium** | Dives to 114' | 5 | $256.00 | $1,280.00 | |
| | Dives to 104' | 7 | $216.00 | $1,512.00 | |
| | Dives to 94' | 2 | $188.00 | $376.00 | |
| **Project Consumables** | Bottle, O2 | 2 | $18.00 | $36.00 | |
| | Total Charges 6-30-2016 | | | | 14,387.25 |



**EXHIBIT A**



**DeepCor Marine, Inc.**
**1610 St. Etienne Rd.**
**Broussard, LA 70518**
**(800) 856-2915**

| Mail To: | Montco, Inc. | | Invoice No: | Invoice Date |
| --- | --- | --- | --- | --- |
| | Attn: Accounts Payable | | **303-16** | 07/11/16 |
| | P.O. Box 850 | | | |
| | Galliano, LA 70354 | | | |
| Customer Reference No: | AFE# 15-004DB | | Job Number: | 1168-61 |
| Location: | ST 190 A | | Bid Number: | DC16-125 |
| Job Description: | 4 Pile Platform Salvage | | | |

| Date/Invoice Detail: | Description | Units | Price/Unit | Amount | Total Billed |
| --- | --- | --- | --- | --- | --- |
| **July 1, 2016** | | | | | |
| **Day Rate** | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| **Personnel - Credit from bid** | Divers | -2 | $545.00 | ($1,090.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| **Personnel Overtime** | Supervisor | 1 | $120.00 | $120.00 | |
| | Diver | 4 | $70.00 | $280.00 | |
| | Lead Tender | 6.25 | $47.00 | $293.75 | |
| | Tender | 5.75 | $45.00 | $258.75 | |
| **Depth Premium** | Dives to 150' | 2 | $400.00 | $800.00 | |
| | Dives to 148' | 2 | $392.00 | $784.00 | |
| | Dives to 135' | 1 | $340.00 | $340.00 | |
| **Project Consumables** | Bottle, O2 | 4 | $18.00 | $72.00 | |
| | Total Charges 7-1-2016 | | | | 12,388.50 |
| **July 2, 2016** | | | | | |
| | *Split day with ST 185* | | | | |
| **Day Rate** | Day Rate (On Station Working) | 0.5 | $11,210.00 | $5,605.00 | |
| **Personnel - Credit from bid** | Divers | -1 | $545.00 | ($545.00) | |
| | Tenders | -1 | $340.00 | ($340.00) | |
| **Personnel Overtime** | Supervisor | 0.5 | $120.00 | $60.00 | |
| | Lead Tender | 0.5 | $47.00 | $23.50 | |
| | Tender | 1 | $45.00 | $45.00 | |
| | Total Charges 7-2-2016 | | | | 4,848.50 |
| | **TOTAL AMOUNT INVOICED** | | | **$167,448.70** | **$167,448.70** |

**Lockbox:**
   DeepCor Marine, Inc.
**Location:** P.O. Box 732945
    Dallas, TX 75373-5373

**Wiring Instructions:** JP Morgan Chase Bank, N.A.
ABA/Routing Number: 021000021
Swift Code: CHASUS33
Location: New York, NY
Credit to account of: DeepCor Marine, Inc.
Account Number: 710 361 978

**ACH:**
**JP Morgan Chase Bank, NA**
**Account# 710 361 978**
**ABA/Routing Number: 065400137**
**Location: New York, NY**

*PAYMENT TERMS NET 30 DAYS*
*1.5% fee per month on all past due balances*

**EXHIBIT A**





**DeepCor Marine, Inc.**
1610 St. Etienne Rd.
Broussard, LA 70518
(800) 856-2915

| Mail To: | Offshore Specialty Fabricators, LLC | Invoice No: | Invoice Date |
|---|---|---|---|
| | Attn: Accounts Payable | 349-16 | 09/14/16 |
| | P.O. Box 1420 | | |
| | Houma, LA 70361 | | |
| Customer Project Mgr: | Ed Moorman/Chuck Patterson | | |
| Customer PO Number: | 101494 | Job Number: | 1173-61 |
| Location: | VR 398A | Bid Number: | DC16-131 |
| Job Description: | Barge Diving Services | | |
| Invoice Date Timeframe: | 8/28/16 - 9/9/16 | | |

| Date/Invoice Detail: | Description | Units | Price/Unit | Amount | Total Billed |
|---|---|---|---|---|---|
| **August 28, 2016** | | | | | |
| Day Rate | Day Rate (On Station Not Working) | 1 | $10,750.00 | $10,750.00 | |
| Personnel - Credit from bid | Divers | -2 | $545.00 | ($1,090.00) | |
| | Tenders | -3 | $340.00 | ($1,020.00) | |
| Project Consumables | Demurrage, 25pk HeO2 | 2 | $23.00 | $46.00 | |
| | Demurrage, 25pk O2 | 2 | $23.00 | $46.00 | |
| | Demurrage, 16pk 50/50 | 1 | $10.00 | $10.00 | |
| | Demurrage, 25pk HP Air | 1 | $23.00 | $23.00 | |
| Crew Transportation | Personnel Mobe 3.5 miles @ 82 miles | 2 | $287.00 | $574.00 | |
| | Total charges 8-28-2016 | | | | 9,339.00 |
| **August 29, 2016** | | | | | |
| Day Rate | Day Rate (On Station Not Working) | 1 | $10,750.00 | $10,750.00 | |
| Personnel - Credit from bid | Divers | -2 | $545.00 | ($1,090.00) | |
| | Tenders | -3 | $340.00 | ($1,020.00) | |
| Project Consumables | Demurrage, 25pk HeO2 | 2 | $23.00 | $46.00 | |
| | Demurrage, 25pk O2 | 2 | $23.00 | $46.00 | |
| | Demurrage, 16pk 50/50 | 1 | $10.00 | $10.00 | |
| | Demurrage, 25pk HP Air | 1 | $23.00 | $23.00 | |
| Crew Transportation | Personnel Demobe 3.5 miles @ 82 miles | 2 | $287.00 | $574.00 | |
| | Total Charges 8-29-2016 | | | | 9,339.00 |
| **September 5, 2016** | | | | | |
| Day Rate | Day Rate (On Station Not Working) | 1 | $10,750.00 | $10,750.00 | |
| Personnel - Credit from bid | Divers | -1 | $545.00 | ($545.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| Personnel Overtime | Supervisor | 3 | $120.00 | $360.00 | |
| | Lead Tender | 3 | $47.00 | $141.00 | |
| | Tender | 6 | $45.00 | $270.00 | |
| Project Consumables | Demurrage, 25pk HeO2 | 2 | $23.00 | $46.00 | |
| | Demurrage, 25pk O2 | 2 | $23.00 | $46.00 | |
| | Demurrage, 16pk 50/50 | 1 | $10.00 | $10.00 | |
| | Demurrage, 25pk HP Air | 1 | $23.00 | $23.00 | |
| Crew Transporation | Personnel Mobe 3.5 miles @ 82 miles | 2 | $287.00 | $574.00 | |
| | Total Charges 9-5-2016 | | | | 10,995.00 |

EXHIBIT A



**DeepCor Marine, Inc.**
1610 St. Etienne Rd.
Broussard, LA 70518
(800) 856-2915

| Mail To: | Offshore Specialty Fabricators, LLC |
|---|---|
| | Attn: Accounts Payable |
| | P.O. Box 1420 |
| | Houma, LA 70361 |
| Customer Project Mgr: | Ed Moorman/Chuck Patterson |
| Customer PO Number: | 101494 |
| Location: | VR 398A |
| Job Description: | Barge Diving Services |
| Invoice Date Timeframe: | 8/28/16 - 9/9/16 |

| Invoice No: | Invoice Date |
|---|---|
| 349-16 | 09/14/16 |

| Job Number: | 1173-61 |
|---|---|
| Bid Number: | DC16-131 |

| Date/Invoice Detail: | Description | Units | Price/Unit | Amount | Total Billed |
|---|---|---|---|---|---|
| **September 6, 2016** | | | | | |
| Day Rate | Day Rate (On Station Not Working) | 1 | $10,750.00 | $10,750.00 | |
| Personnel - Credit from bid | Divers | -1 | $545.00 | ($545.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| Personnel Overtime | Supervisor | 5 | $120.00 | $600.00 | |
| | Lead Tender | 3 | $47.00 | $141.00 | |
| | Tender | 1 | $45.00 | $45.00 | |
| Project Consumables | Demurrage, 25pk HeO2 | 2 | $23.00 | $46.00 | |
| | Demurrage, 25pk O2 | 2 | $23.00 | $46.00 | |
| | Demurrage, 16pk 50/50 | 1 | $10.00 | $10.00 | |
| | Demurrage, 25pk HP Air | 1 | $23.00 | $23.00 | |
| | Total Charges 9-6-2016 | | | | 10,436.00 |
| **September 7, 2016** | | | | | |
| Day Rate | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| Personnel - Credit from bid | Divers | -1 | $545.00 | ($545.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| Personnel Overtime | Supervisor | 2 | $120.00 | $240.00 | |
| | Diver | 9 | $70.00 | $630.00 | |
| | Lead Tender | 6 | $47.00 | $282.00 | |
| | Tender | 1 | $45.00 | $45.00 | |
| Depth Premium | Dives to 37' | 2 | $74.00 | $148.00 | |
| | Dives to 36' | 5 | $72.00 | $360.00 | |
| Project Consumables | Demurrage, 25pk HeO2 | 2 | $23.00 | $46.00 | |
| | Demurrage, 25pk O2 | 2 | $23.00 | $46.00 | |
| | Demurrage, 16pk 50/50 | 1 | $10.00 | $10.00 | |
| | Demurrage, 25pk HP Air | 1 | $23.00 | $23.00 | |
| | Total Charges 9-7-2016 | | | | 11,815.00 |
| **September 8, 2016** | | | | | |
| Day Rate | Day Rate (On Station Working) | 1 | $11,210.00 | $11,210.00 | |
| Personnel - Credit from bid | Divers | -1 | $545.00 | ($545.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| Personnel Overtime | Supervisor | 3 | $120.00 | $360.00 | |
| | Diver | 4.5 | $70.00 | $315.00 | |
| | Lead Tender | 1.25 | $47.00 | $58.75 | |
| | Tender | 4.75 | $45.00 | $213.75 | |

EXHIBIT A



**DeepCor Marine, Inc.**
1610 St. Etienne Rd.
Broussard, LA 70518
(800) 856-2915

| Mail To: | Offshore Specialty Fabricators, LLC | | Invoice No: | Invoice Date |
|---|---|---|---|---|
| | Attn: Accounts Payable | | 349-16 | 09/14/16 |
| | P.O. Box 1420 | | | |
| | Houma, LA 70361 | | | |
| Customer Project Mgr: | Ed Moorman/Chuck Patterson | | | |
| Customer PO Number: | 101494 | | Job Number: | 1173-61 |
| Location: | VR 398A | | Bid Number: | DC16-131 |
| Job Description: | Barge Diving Services | | | |
| Invoice Date Timeframe: | 8/28/16 - 9/9/16 | | | |

| Date/Invoice Detail: | Description | Units | Price/Unit | Amount | Total Billed |
|---|---|---|---|---|---|
| **Depth Premium** | Dives to 94' | 4 | $188.00 | $752.00 | |
| | Dives to 84' | 5 | $168.00 | $840.00 | |
| | Dives to 44' | 1 | $88.00 | $88.00 | |
| **Project Consumables** | Demurrage, 25pk HeO2 | 2 | $23.00 | $46.00 | |
| | Demurrage, 25pk O2 | 2 | $23.00 | $46.00 | |
| | Demurrage, 16pk 50/50 | 1 | $10.00 | $10.00 | |
| | Demurrage, 25pk HP Air | 1 | $23.00 | $23.00 | |
| | Bottle O2 | 5 | $29.00 | $145.00 | |
| | Poly Rope, 1/4" | 3 | $26.00 | $78.00 | |
| | Poly Rope, 1/2" | 4 | $84.00 | $336.00 | |
| | Duct Tape | 5 | $14.00 | $70.00 | |
| | Electrical Tape | 3 | $5.00 | $15.00 | |
| | Total Charges 9-8-2016 | | | | 13,381.50 |
| **September 9, 2016** | | | | | |
| **Day Rate** | Day Rate (On Station Not Working) | 1 | $10,750.00 | $10,750.00 | |
| **Personnel - Credit from bid** | Divers | -1 | $545.00 | ($545.00) | |
| | Tenders | -2 | $340.00 | ($680.00) | |
| **Project Consumables** | Additional Demurrage, 25pk HeO2 | 2 | $23.00 | $46.00 | |
| | Additional Demurrage, 25pk O2 | 2 | $23.00 | $46.00 | |
| | Additional Demurrage, 16pk 50/50 | 1 | $10.00 | $10.00 | |
| | Additional Demurrage, 25pk HP Air | 1 | $23.00 | $23.00 | |
| **Crew Transporation** | Personnel Demobe 3.50 @ 82 miles | 2 | $287.00 | $574.00 | |
| | Standby time for crew vans | 1 | $330.00 | $330.00 | |
| | Total Charges 9-9-2016 | | | | 10,554.00 |
| | **TOTAL AMOUNT INVOICED** | | | **$75,859.50** | **$75,859.50** |

Lockbox:
DeepCor Marine, Inc.
Location: P.O. Box 732945
Dallas, TX 75373-5373

ACH:
JP Morgan Chase Bank, NA
Account# 710 361 978
ABA/Routing Number: 065400137
Location: New York, NY

Wiring Instructions: JP Morgan Chase Bank, N.A.
ABA/Routing Number: 021000021
Swift Code: CHASUS33
Location: New York, NY
Credit to account of: DeepCor Marine, Inc.
Account Number: 710 361 978

**PAYMENT TERMS NET 30 DAYS**
**1.5% fee per month on all past due balances**

EXHIBIT A



**DeepCor Marine, Inc.**
1610 St. Etienne Rd.
Broussard, LA 70518
(800) 856-2915

| Mail To: | Offshore Specialty Fabricators, LLC | | Invoice No: | Invoice Date |
|---|---|---|---|---|
| | Attn: Accounts Payable | | 349-16 | 09/14/16 |
| | P.O. Box 1420 | | | |
| | Houma, LA 70361 | | | |
| Customer Project Mgr: | Ed Moorman/Chuck Patterson | | Job Number: | 1173-61 |
| Customer PO Number: | 101494 | | Bid Number: | DC16-131 |
| Location: | VR 398A | | | |
| Job Description: | Barge Diving Services | | | |
| Invoice Date Timeframe: | 8/28/16 - 9/9/16 | | | |

| Date/Invoice Detail: | Description | Units | Price/Unit | Amount | Total Billed |
|---|---|---|---|---|---|

EXHIBIT A